United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 13, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

No. 03-31050

EUGENE RATLIFF, JR.,

Plaintiff - Appellant,

versus

BREAUD CANTU, A JOINT VENTURE; HENRY ESTLE;
BREAUD SERVICES, INC.,

Defendants - Appellees.

**Appeal from the United States District Court
for the Western District of Louisiana
(02-CV-913)**

Before GARWOOD, JOLLY, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

**AFFIRMED.** *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.